UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-8401-WM

UNITED STATES OF AMERICA

v.

ISAIAS PEREZ-BARTOLOME,

            Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ___ Yes ✓ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? ___ Yes ✓ No

            Respectfully submitted,

            JUAN ANTONIO GONZALEZ
            UNITED STATES ATTORNEY

BY: *Rinku Tribuiani*

            Rinku Tribuiani
            ASSISTANT UNITED STATES ATTORNEY
            Florida Bar No.    0150990
            500 South Australian Avenue, Suite 400
            West Palm Beach, Florida 33401
            Tel:     (561) 820-8711
            Fax:    (561) 820-8777
            Email:  RTribuiani@usa.doj.gov

AO 91 (Rev. 08/09) Criminal Complaint

FILED BY ____KJZ____ D.C.

Sep 13, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
| v. | ) |
| | ) Case No. 22-8401-WM |
| ISAIAS PEREZ-BARTOLOME, | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 14, 2022__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 U.S.C. 1326(a) and (b)(1) | Illegal re-entry into the United States after deportation or removal |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

TFO Andy Korzen, HSI
*Printed name and title*

Sworn and Attested to me by Applicant by Telephone (FaceTime) pursuant to Fed. R. Crim. P. 4(d) and 4.1

Date: September 13, 2022

_____
*Judge's signature*

City and state: West Palm Beach, FL      William Matthewman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT OF ANDY KORZEN
## UNITED STATES DEPARTMENT OF HOMELAND SECURITY
## IMMIGRATION AND CUSTOMS ENFORCEMENT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Task Force Officer (TFO) with the Homeland Security Investigations (HSI), and I am also Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over nineteen years. I am currently assigned to the HSI, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Isaias PEREZ-BARTOLOME committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

3. On or about August 14, 2022, Isaias PEREZ-BARTOLOME was arrested in Palm Beach County, Florida for the offenses of driving under the influence, driving without driver license, and willfully refusing to sign/accept summons. He was booked and detained at the Palm Beach County Jail.

4. A review of the immigration records show that Isaias PEREZ-BARTOLOME is a native and citizen of Guatemala. Records further show that on or about June 4, 2010, Isaias PEREZ-BARTOLOME was ordered removed. The Order of

Removal was executed on or about June 16, 2010, whereby Isaias PEREZ-BARTOLOME was removed from the United States and returned to Guatemala.

5. Records further show that on or about March 17, 2010, in the Criminal Division of the Circuit Court of the Fifteenth Judicial Circuit of Florida, in and for Palm Beach County, Isaias PEREZ-BARTOLOME was convicted of the felony offense of child abuse and the misdemeanor offense of domestic battery, in case number 2009CF016156.

6. Isaias PEREZ-BARTOLOME's fingerprints taken in connection with his August 14, 2022, arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is, Isaias PEREZ-BARTOLOME.

7. A record check was performed in the Computer Linked Application Informational Management System to determine if Isaias PEREZ-BARTOLOME filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Isaias PEREZ-BARTOLOME obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

8. Based on the foregoing, I submit that probable cause exists to believe that, on or about August 14, 2022, Isaias PEREZ-BARTOLOME, an alien who was previously deported and removed from the United States, was found in the United States without having received express consent from the Attorney General or the Secretary of the

Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

---

Andy Korzen
Task Force Officer
Homeland Security Investigations

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this __13th__ day of September 2022.

---

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

3