UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cr-80151-Cannon/Reinhart

8 U.S.C. § 1326(a) and (b)(1)

UNITED STATES OF AMERICA

vs.

ISAIAS PEREZ-BARTOLOME,

Defendant.
_____/



FILED BY SP D.C.

SEP 2 2 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

### INDICTMENT

The Grand Jury charges that:

On or about August 14, 2022, in Palm Beach County, in the Southern District of Florida, the defendant,

**ISAIAS PEREZ-BARTOLOME,**

an alien having been previously removed and deported from the United States on or about June 16, 2010, was found to be in the United States, knowingly and unlawfully, without the Attorney General of the United States or his successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3) and 202(4), and 557) having expressly consented to such alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

A TRUE BILL

_____
FOREPERSON

*Alexandra Chase* for
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

*Rinku Tribuiani*
RINKU TRIBUIANI
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 22-cr-80151-Cannon/Reinhart

v.

ISAIAS PEREZ-BARTOLOME,

**CERTIFICATE OF TRIAL ATTORNEY\***

_____/
Defendant.

**Superseding Case Information:**

**Court Division** (select one)
☐ Miami   ☐ Key West   ☐ FTP
☐ FTL     ☒ WPB

New Defendant(s) (Yes or No)
Number of New Defendants
Total number of New Counts

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) Yes
   List language and/or dialect:

4. This case will take  3  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                          (Check only one)
   I    ☒ 0 to  5 days                       ☐ Petty
   II   ☐ 6 to 10 days                       ☐ Minor
   III  ☐ 11 to 20 days                      ☐ Misdemeanor
   IV   ☐ 21 to 60 days                      ☒ Felony
   V    ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge                    Case No.
7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Magistrate Case No. 22-8401-WM
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge                    Case No.
9. Defendant(s) in federal custody as of 9/15/2022
10. Defendant(s) in state custody as of
11. Rule 20 from the           District of
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

By: _Rinku Tribuiani_
RINKU TRIBUIANI
Assistant United States Attorney
FLA Bar No.   0150990

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: ISAIAS PEREZ-BARTOLOME

**Case No**: 22-cr-80151-Cannon/Reinhart

Count #: 1

Illegal re-entry into the United States after deportation or removal

Title 8, United States Code, Sections 1326(a) and (b)(1)

* **Max. Term of Imprisonment: 10 years**
* **Mandatory Min. Term of Imprisonment (if applicable): n/a**
* **Max. Supervised Release: 3 years**
* **Max. Fine: up to $250,000 and a mandatory $100 special assessment upon conviction**

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.